```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  Chief of Appeals
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:04-CR-00388 MCE
                                 )
12         Plaintiff,            )  STIPULATION AND ORDER
                                 )  VACATING STATUS CONFERENCE
13     v.                        )  AND SETTING CASE FOR JUDGMENT
                                 )  AND SENTENCING
14  MICHAEL AYALA,               )
                                 )  DATE: April 2, 2009
15         Defendant.            )  TIME: 9:00 a.m.
    _____)  COURT: Hon. Morrison C. England, Jr.
16
```

The parties request that the Status Conference currently set for April 2, 2009, be vacated and that the case be set for Judgment and Sentencing on May 7, 2009, at 9:00 a.m. before the Honorable Morrison C. England, Jr. The draft presentence report in this case has already been prepared. The parties request the following schedule be set:

    Judgment and Sentencing date:          May 7, 2009

    Motion for correction of the Pre-
    Sentencing Report to be filed
    with the Court and served on
    the Probation Officer:                 April 30, 2009

    Pre-Sentence Report shall be
    filed with the Court and
    disclosed to counsel:                  April 23, 2009

1

Counsel's written objections to
the Pre-Sentence Report: April 16, 2009

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: March 30, 2009  LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ PHILLIP A. TALBERT
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals


/s/ PHILLIP A. TALBERT for
PETER KMETO, Esq.
Counsel for Michael Ayala

ORDER

IT IS HEREBY ORDERED that the Status Conference currently set for April 2, 2009, is vacated. IT IS FURTHER ORDERED that this case be set for Judgment and Sentencing on May 7, 2009, at 9:00 a.m. Counsel's written objections to the Pre-Sentence Report are due by April 16, 2009. The Pre-Sentence Report shall be filed by April 23, 2009. Any motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the probation officer by April 30, 2009.

Dated: March 31, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE